### 13103.   ROWELL *et al. v.* BROWN *et al.*

BLOODWORTH, J.   The judge did not err in overruling the certiorari.
*Judgment affirmed. Broyles, C. J., and Luke J., concur.*
DECIDED JUNE 14, 1922.

Certiorari; from Haralson superior court — Judge Irwin. October 26, 1921.

*M. J. Head,* for plaintiffs in error.
*Edwards & Edwards,* contra.